UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.1
Eastern Division

Cynthia M. Price
                                        Plaintiff,

v.                                                                                Case No.: 1:16−cv−09827
                                                                                Honorable Joan H. Lefkow

Northern Illinois University, et al.
                                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, May 15, 2018:

      MINUTE entry before the Honorable Michael T. Mason:Settlement conference held. The parties reached an agreement to resolve this matter, the terms of which were placed on the record. Attorney McCann is granted leave to file his appearance on behalf of plaintiff. Parties consent to the jurisdiction of a Magistrate Judge. Status hearing set for 7/17/18 at 10:00 a.m. If the parties file their Joint Stipulation of Dismissal prior to that date, the status hearing will be stricken. Mailed notice(lxs, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.